NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LESTER L. DEAN, JR.,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-2179

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-2920, Judge Amanda L. Meredith.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

MEREDYTH COHEN HAVASY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, WILLIAM JAMES GRIMALDI, PATRICIA M. MCCARTHY, EVAN WISSER; BRIAN D. GRIFFIN, SAMANTHA ANN SYVERSON, Office of General

Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 8, 2024
Date

Jarrett B. Perlow
Clerk of Court